## PENTAIR WATER POOL AND SPA, INC., Plaintiff–Appellant

v.

## HAYWARD INDUSTRIES, INC., Hayward Pool Products, Inc., Defendants–Appellees.

No. 2015–1722.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by Raja N. Saliba, Grant Simon Shackelford, Kenneth J. Burchfiel.

Lee Carl Bromberg, McCarter & English, LLP, Boston, MA, argued for defendants-appellees. Also represented by Keith E. Toms, Lori Jane Shyavitz, Amy Joy. Tindell; Scott S. Christie, Matthew Adam Sklar, Newark, NJ.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.